

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ROSA SERRANO D/B/A | | No. 08-13-00201-CV |
| THE LENS FACTORY, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | County Court at Law No. 7 |
| v. | § | |
| | | of El Paso County, Texas |
| PELLICANO BUSINESS PARK, L.L.C., | § | |
| | | (TC # 2012DCV06341) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.